IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CESAR JAVIER CHOURIO MORANTE

Criminal No. 2:22-cr-299
**[UNDER SEAL]**

ARRAIGNMENT PLEA

Defendant CESAR JAVIER CHOURIO MORANTE

being arraigned, pleads ____________________

in open Court this ______________ day of

__________________ , 20 __________________

__________________________________________
(Defendant's Signature)

__________________________________________
(Attorney for Defendant)