IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CESAR JAVIER CHOURIO MORANTE

Criminal No. 2:22-cr-299
**[UNDER SEAL]**

CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within fourteen (14) days of Arraignment unless the Court extends the time upon written application made within said fourteen (14) day period.

____________________
Date

____________________
Attorney for Defendant
CESAR JAVIER CHOURIO MORANTE