2:22 cr-299

# CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__ Erie ______ Johnstown ______

Related to No. 22-cr-132; 21-cr-476, 22-cr-235 Judge J. Nicholas Ranjan

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. __X__ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

| | | |
|---|---|---|
| Defendant's name: | Cesar Javier Chourio Morante | |
| Is indictment waived: | ____ Yes | __X__ No |
| Pretrial Diversion: | ____ Yes | __X__ No |
| Juvenile proceeding: | ____ Yes | __X__ No |
| Defendant is: | __X__ Male | ____ Female |
| Superseding indictment or information | ____ Yes | __X__ No |

Previous case number: ______________________

If superseding, previous case was/will be:

______ Dismissed on defendant's motion
______ Dismissed on government's motion
______ After appellate action
______ Other (explain)

County in which first offense cited occurred: Butler

Previous proceedings before Magistrate Judge: ______________________

Case No.: ______________________

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: ______________________

Defendant: ____ is in custody  _X_ is not in custody

Name of Institution: ______________________

Custody is on: ____ this charge  ____ another charge

____ another conviction

____ State  ____ Federal

Detainer filed: ____ yes  ____ no

Date detainer filed: ______________________

Total defendants: 1

Total counts: 2

Data below applies to defendant No.: 1

Defendant's name: Cesar Javier Chourio Morante

SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | X | |
| 2 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | X | |

FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: December 6, 2022

*/s/Jeffrey R. Bengel*
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621